## C. R. SAUER V. THE STATE.

### No. 6613. Decided January 18, 1922.

**Illegal Practice of Medicine—Recognizance—Appeal.**

Where, an examination of the record on appeal, it disclosed that the appellant had not complied with the law as to filing the proper recognizance or appeal bond, the appeal must be dismissed on motion by the State.

Appeal from the County Court of Colorado.  Tried below before the Honorable John C. Hoyo.

Appeal from a conviction of illegal practice of medicine; penalty, a fine of $50.

The opinion states the case.

No brief on file for appellant.

R. G. Storey, Assistant Attorney General, for the State.—Cited: White v. State, 147 S. W. Rep., 598; Martoni v. State, 166 id., 1169.

LATTIMORE, JUDGE.—Appellant was convicted in the county court of Colorado County of a misdemeanor, and his punishment fixed at a fine of $50.

In order for the jurisdiction of this court to attach upon appeal, it is made necessary by statute that a recognizance or appeal bond be entered into by the accused.  Forms for such obligations are to be found in articles 918-919 of Vernon's C. C. P.  In the instant case our Assistant Attorney General moves to dismiss the appeal herein because the law in the above particular has not been complied with. An examination of the record discloses that the motion is well taken. There appears in this record an ordinary appearance bond.

The motion of the State is sustained, and the appeal is dismissed.

*Dismissed.*